

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00462-CV

Joshua Chubasco **LIRA**,
Appellant

v.

Evangeline S. **SAMUDIO**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07757
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  September 2, 2015

DISMISSED FOR WANT OF PROSECUTION

Appellant Joshua Chubasco Lira filed a notice of appeal on July 24, 2015. He was required to pay $195.00 in filing fees to this court. *See* TEX. R. APP. P. 5.[1] Appellant did not timely pay the required fees. Accordingly, when the fees remained unpaid, on August 14, 2015, this court ordered Appellant to provide written proof to this court not later than August 24, 2015, that the

---

[1] *See also* TEX. GOV'T CODE ANN. § 51.207(b)(1) (filing fee $100.00) (West Supp. 2015); *id.* §§ 51.0051, .208 (additional fee $50.00); *id.* § 51.851(b) (electronic filing fee $20.00); *id.* § 51.941(a) (services for indigents fee $25.00); Texas Supreme Court Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07–9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B.l.(a).

filing fees have been paid. *See id.* We warned Appellant that if he failed to respond as ordered, the appeal could be dismissed. *See id.* R. 5, 42.3; *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883, at *1 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

To date, Appellant has not paid the fees or filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

PER CURIAM